

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2013

No. 04-13-00389-CR

**IN RE** Hector E. **PINTO**

Original Mandamus Proceedings[1]

**ORDER**

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

On June 19, 2013, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 1, 2013.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2013.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2005CR1598, styled *The State of Texas v. Hector E. Pinto*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.